**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-1965**

---

JULIE GASKINS,

        Plaintiff - Appellant,

    v.

EK REAL ESTATE FUND I, LLC, An Affiliate of EasyKnock, Inc.; EASYKNOCK, INC.; TVC FUNDING III, LLC,

        Defendants - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, Chief District Judge.  (1:24-cv-00944-GLR)

---

Submitted:  December 23, 2025                Decided:  December 30, 2025

---

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Julie A. Gaskins, Appellant Pro Se.  Angela Laughlin Brown, GRAY REED, Dallas, Texas, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Julie A. Gaskins appeals the district court's order dismissing her civil action as barred by the doctrine of res judicata.  Because we conclude that Gaskins's action is barred by the doctrine of collateral estoppel, *see Collins v. Pond Creek Mining Co.*, 468 F.3d 213, 217 (4th Cir. 2006) (setting forth elements of collateral estoppel), we affirm the district court's dismissal order on that basis.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*